# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Shamrick Williams
_Write the full name of each plaintiff._

___CV___
(Include case number if one has been assigned)

-against-

The City of New York; Police Officer Luis A. Seguera Shield No. 7904, Officer Garcia J, 03undo Tax# 966073, Police Officers John Does #1-20 in their individual and official capacities,

_Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II._

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

# I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Civic Rights Act USC § 1983 - 1988_
_My Fourth Amendment & Fourteenth Amendment Rights_

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Shmmel Williams_ (Plaintiff's name), is a citizen of the State of

_State of New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Officer Luis A. Segura_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_New York Police Officer_.

If the defendant is a corporation:

The defendant, _Luis A. Segura_, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _State of New York_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Shmarek_                           _Williams_
First Name        Middle Initial    Last Name

_530 W 178 St Apt 4SJ_
Street Address

_New York_                _NY_           _10033_
County, City              State          Zip Code

_917-349-2972_              _wshmarek@yahoo.com_
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: LUIS A. SEGURA
First Name / Last Name
New York City Police Officer
Current Job Title (or other identifying information)
2207 Amsterdam Ave
Current Work Address (or other address where defendant may be served)
New York          N.Y.          10032
County, City          State          Zip Code

Defendant 2: GARCIA, J. OSVALDO
First Name / Last Name
New York City Police Officer
Current Job Title (or other identifying information)
2207 Amsterdam Ave
Current Work Address (or other address where defendant may be served)
New York          N.Y.          10032
County, City          State          Zip Code

Defendant 3: City of New York
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
New York          N.Y.          10007
County, City          State          Zip Code

Page 4

Defendant 4: _____
First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 330 W. 178 St

Date(s) of occurrence: 8-29-2020

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Continue_

On the date of 8/27/2020 police were called to 5:30 West 178th Street for a dispute. when police officers arrived officer Luis Segura officer Garcia and other officers assessed the situation of a dispute the alleged victim who claimed that he was physically assaulted by Mr Williams. Officer Luis identified the situation and found no probable cause for an arrest because the alleged victim suffered no injuries no bruising nor bleeding to the face or inside of the mouth. Officer Luis stated to Mr Williams that the victim has not suffered any injuries and that he just was going to write it up as a harassment complaint. When Mr Williams stated to officer Luis that he did not harassed the victim and had every right to approach the victim for stealing his personal items. Officer Luis stated to Mr Williams that he wanted his ID and which Mr Williams refused to surrender his ID. Officer Luis then pursue to threaten Mr Williams physically by pushing Mr Williams off the property that he resides in and also repeatedly engaging in a physical hands-on confrontation to provoke Mr Williams into engage into that confrontation to make an arrest. Officer Luis asked Witnesses and also management employees of mutual Housing Association of New York to give up Mr Williams information. when Mr Williams told the employees not to do that because no crime has been committed and they are in violation of his contract lease agreement with the owners of the building and order to get that information they have to subpoena management. When the employees Witnesses refuse to give up the information of Mr Williams, officer Luis started to become extremely irate and angry/ frustrated because the witnesses employees did not give up Mr Williams information. Then officer Luis went back and asked the victim a second time after officer Luis knew that the victim was not injured and who was standing right beside Witnesses employees and also Mr Williams and stated to officer Luis that Mr Williams in fact did strike him which there were no injuries of any kind that officer Luis
indicated upon after arriving or have noticed during his assessment of the dispute. Officer Luis and his partner officer Garcia and other officers between 1-20 then attacked Mr Williams and caused severe injuries to Mr Williams to where he had to have open surgery on his left hand to repair nerve damage that was caused by Officer Luis, his partner officer Garcia, and other officers. also Mr Williams suffered burn marks on his right top hand from being tased multiple times during the attack. Other officers that were there, who are witnesses had in fact attacked Mr Williams also, is also known to work at the (33rd Precinct on West 172nd Street and Amsterdam Avenue). Other officers who were there was also pulling Mr Williams by his hoodie which Mr Williams was choking and was screaming out stop choking me and to stop pulling my hoodie. Then other officers also repeatedly tased Mr Williams to where he had to be hospitalized because the tasers was causing Mr Williams to suffer chest pains from his heart and had to be put on heart monitor at the hospital because the doctors believed that Mr Williams was having a mild heart attack from being tased multiple times. Officer Luis his partner officer Garcia and other police officers that were there also as Witnesses who refuse to leave Mr Williams alone until he had something to arrest Mr Williams on.

Respectfully:
Mr Shamark Williams
4/17/2023

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I suffered SEVERE NERVE damage + BURN TO MY SKIN ON MY RIGHT hand from Being viciously Attacked. I RECEIVED opened Surgery TO Repair The damage TO my hand Which WAS UNSUCCESSful.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

TURN PAGE →

I am seeking damages in the amount of $250 million dollars because this is my second claim against the NYPD for civil rights violation & violating my fourth amendment and 14th Amendment constitutional rights. NYPD has caused me emotional distress, severe injuries, pain and suffering. I now suffer from PTSD After experiencing multiple attacks by the NYPD. The trauma from the PTSD causes me to suffer from emotional and physical reactions. It triggers me to become angry and aggressive when seeing police officers. I have difficulty recovering from the trauma, experiencing vicious attacks and false arrests from NYPD.

Respectfully:
Mr shamark Williams
4/7/2023

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 4-7-2023 | _Shmuel D. Clerk_ |
|---|---|
| Dated | Plaintiff's Signature |

| Shmuel | | Williams |
|---|---|---|
| First Name | Middle Initial | Last Name |

630 W 178 St APT #5J
Street Address

| New York | N.Y. | 10033 |
|---|---|---|
| County, City | State | Zip Code |

| 917-349-2972 | WShmurek@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7