UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMARK WILLIAMS,<br><br>                                  Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK et al.,<br><br>                                  Defendants. | Case No. 1:23-cv-02936 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff's opposition to Defendants' motion for summary judgment was due January 24, 2025. To date, Plaintiff has not filed his opposition. The briefing deadlines were agreed upon by all parties at the conference before the Court. At that time, the Court advised the parties that given the lengthy briefing schedules, they should not expect extensions. However, given that Plaintiff is proceeding *pro so*, the Court shall grant him an extension until **February 7, 2025** to file his opposition. If no opposition is filed, the Court will consider the motion unopposed.

      The Court of Clerk is respectfully directed to mail a copy of this Order to Plaintiff's mailing address on the docket.

Dated: January 31, 2025
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge