UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

                Plaintiff,

-against-

THE CITY OF NEW YORK,

                Defendant.

Case No. 1:23-cv-02936 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of Plaintiff's letter requesting to send certain video footage to the Court. Dkt. 61. To the extent that Plaintiff intended to submit such video footage in support of his opposition to Defendant's motion for summary judgment, Plaintiff should have appended the video footage as an exhibit to his opposition papers.

      The Court shall construe Plaintiff's March 3, 2025 letter as a request to supplement his opposition to Defendant's motion for summary judgment with an additional exhibit. Since Plaintiff is proceeding *pro se*, the Court shall allow Plaintiff to do so. Plaintiff shall submit any video footage he intends to support his opposition papers, along with an affidavit that describes the video, to the Court and to opposing counsel by **March 14, 2025**.

Dated: March 6, 2025
       New York, New York

                                  SO ORDERED.

                                  *Jennifer Rochon*
                                  JENNIFER L. ROCHON
                                  United States District Judge