```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

            Plaintiff,

   -v-

THE CITY OF NEW YORK, ET AL.,

           Defendants.

**ORDER**

23-CV-2936 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated May 24, 2023, this case was referred to the Honorable James L. Cott for general pretrial supervision, including settlement. ECF No. 6. The referral was reassigned to me on August 27, 2025. By Letter Motion dated August 26, 2025, Defendant Luis Segura requested, *inter alia*, that the Court schedule a settlement conference. ECF No. 68.

A conference is scheduled on **September 4, 2025,** at **2:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 920 877 766#).

1

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: August 27, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge