```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

          Plaintiff,

-v-

THE CITY OF NEW YORK, ET AL.,

          Defendants.

**ORDER**

23-CV-2936 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference to discuss settlement with the parties on September 4, 2025. Plaintiff did not appear at this conference.

A conference is scheduled on **September 10, 2025, at 10:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. The parties should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 645 104 930#).

**SO ORDERED.**

Dated: September 4, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1