```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

                Plaintiff,

    -v-

THE CITY OF NEW YORK, ET AL.,

                Defendants.

**ORDER**

23-CV-2936 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss the status of the parties' settlement efforts and scheduling a settlement conference. As discussed during the conference, the parties are directed to confer regarding their availability for a settlement conference on October 22, 23, or 24, 2025, and, by no later than **September 24, 2025,** to advise the Court of their preferred date by letter on the docket.

**SO ORDERED.**

Dated: September 10, 2025
       New York, New York

                                       _____
                                       Henry J. Ricardo
                                       United States Magistrate Judge

1