UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMARK WILLIAMS,<br><br>                    Plaintiff,<br><br>            -against-<br><br>POLICE OFFICER LUIS A. SEGURA, P.O. AMANDY FELIZ, and P.O. DARIO ALBANLUDENA,<br><br>                    Defendants. | Case No. 1:23-cv-02936 (JLR) (HJR)<br><br>**ORDER OF SERVICE** |

JENNIFER L. ROCHON, United States District Judge:

      To allow Plaintiff to effect service on Defendants Amandy Feliz and Dario Albanludena through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: October 14, 2025
       New York, New York

                                   SO ORDERED.

                                   *Jennifer Rochon*
                                   JENNIFER L. ROCHON
                                   United States District Judge