```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

           Plaintiff,

-v-

THE CITY OF NEW YORK, ET AL.,

           Defendants.

**ORDER**

23-CV-2936 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a settlement conference. The parties are directed to meet and confer within the next 21 days and, by **November 14, 2025**, file a status report on the docket addressing whether an additional settlement conference with the undersigned would be productive to resolve this case.

**SO ORDERED.**

Dated: October 24, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1