UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAMARK WILLIAMS,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

Case No. 1:23-cv-02936 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

      On November 19, 2025, Plaintiff Shamark Williams requested an entry of default against Defendant Dario Albanludena, claiming that Defendant Albanludena failed to respond to the Amended Complaint after being served on October 16, 2025. Dkt. 100. Defendants responded on November 21, 2025, asserting that Defendant Albanludena has not been served, and Plaintiff mistook the issuance of summons on October 16, 2025, as proof of service. Dkt. 101. Given that issuance of summons is not proof of service but instead indicates that the Marshals Service is in the process of service, the Court finds that Defendant Albanludena has not been served. Therefore, the Court DENIES Plaintiff's request for an entry of default against Defendant Albanludena.

Dated: November 25, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*

                                      JENNIFER L. ROCHON
                                      United States District Judge