UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

                         Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                         Defendants.

No. 1:23-cv-02936

ORDER OF SERVICE

JENNIFER L. ROCHON, United States District Judge:

The Court requests that Police Officer Dario Albanludena, Shield #15782, waive service

of summons in this matter. The Clerk of Court is directed to electronically notify the New York

City Police Department and the New York City Law Department of this order.

SO ORDERED.

Dated:    December 2, 2025
          New York, New York

_____
          JENNIFER L. ROCHON
          United States District Judge