UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMARK WILLIAMS,

                       Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.

Case No. 1:23-cv-02936 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 28, 2025, Plaintiff Shamark Williams moved to compel status of service or in the alternative direct U.S. Marshals to effect service on Officers Feliz and Albanludena.  Dkt. 115.  Officer Feliz has already been served.  *See* Dkt. 101.  The Court issued an Order on December 2, 2025, directing Police Officer Dario Albanludena to waive service.  Dkt. 116.  Thus, Plaintiff's motion is MOOT.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 115.

Dated: December 3, 2025
       New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge