UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

Shamark Williams,

    Plaintiff Pro Se,

    v.           23-cv-02936-JLR-HJR

The City of New York, et al.,

    Defendants.

--------------------------------------------------------X

This is a duplicate motion to Dkt. 115 that was already addressed by the Court in Dkt. 117. The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 119.

Date:  December 5, 2025
       New York, New York

**SO ORDERED.**

_____
**JENNIFER L. ROCHON**
**United States District Judge**

MOTION TO COMPEL STATUS OF SERVICE AND, IN THE ALTERNATIVE,

MOTION TO DIRECT U.S. MARSHALS TO EFFECT SERVICE

ON OFFICERS FELIZ AND ALBAN-LUDENA

Plaintiff Shamark Williams respectfully moves this Court for an Order:

1) Requiring the United States Marshals Service ("USMS") to file a written status report stating whether service was attempted or completed on Defendants Officer Amandy Feliz and Officer Alban-Ludena; and

2) In the alternative, directing the USMS to effect service immediately on both defendants and file executed proofs of service.

BACKGROUND

1. On October 14, 2025, the Court denied Defendants' motion for reconsideration and ordered service to proceed on Officers Feliz and Alban-Ludena.

2. On October 16, 2025, summonses listing both officers were issued by the Clerk.

3. To date, no executed proof of service appears on the docket for Officer Alban-Ludena.

4. On November 14 and November 21, 2025, Defendants filed letters asserting that Officer Alban-Ludena had not been served, and on November 25, 2025, the Court denied Plaintiff's request for entry of default on that basis.

5. Plaintiff has not received confirmation from the USMS as to whether:

  - Service was attempted,

  - Service failed, or

  - Service was never initiated.

6. Because Plaintiff proceeds pro se and relies on the USMS to effect service pursuant to Court authority, Plaintiff cannot independently determine service status without Court intervention.

LEGAL STANDARD

Under Federal Rule of Civil Procedure 4(c)(3), when a plaintiff proceeds in forma pauperis or the Court otherwise orders service, the USMS must effect service. Where the record is unclear and delay risks prejudice, the Court has authority to require a service status report, re-issue summons, and set firm deadlines to ensure service is completed.

ARGUMENT

A. Plaintiff Cannot Proceed Without Confirmation of Service

Without proof of service, default cannot be entered and the case cannot advance. The docket presently does not reflect a Marshal return for Officer Alban-Ludena.

B. Court Intervention Is Necessary

Plaintiff does not control the execution of Marshal service. Only the Court can require a status report and enforce completion.

C. Service Status for Officer Feliz Also Requires Formal Return

Defendants have acknowledged service as to Officer Feliz in correspondence; however, a Marshal return has not been filed. A formal return is necessary to memorialize service in the record.

RELIEF REQUESTED

Plaintiff respectfully requests an Order:

1) Directing the USMS to file a sworn status report within 14 days stating whether service was attempted or completed on Officers Feliz and Alban-Ludena;

2) If service has not been completed, directing the USMS to effect service within 14 days of the Order;

3) Directing the Clerk to re-issue summons if necessary;

4) Requiring the USMS to file executed proofs of service immediately upon completion; and

5) Granting such other and further relief as the Court deems just.

CONCLUSION

Plaintiff requests the Court's intervention to end uncertainty regarding service so this case may proceed on the merits.

Respectfully submitted,

Dated: November 28, 2025

New York, New York

_____

Shamark Williams

Plaintiff Pro Se

530 West 178th Street, Apt 5J

New York, NY 10033