UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

SHAMARK WILLIAMS,

               Plaintiff,

-v-

THE CITY OF NEW YORK, ET AL.,

               Defendants.

**ORDER**

23-CV-2936 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned is in receipt of the parties' joint letter requesting another settlement conference.

A settlement conference is scheduled before Magistrate Judge Henry J. Ricardo on **January 20, 2026 at 10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

By **January 5, 2026**, the parties are each directed to email an ex parte letter regarding their continued settlement efforts and positions to Chambers.

**SO ORDERED.**

Dated: December 16, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge